**William M. YANDELL, Jr.,
Plaintiff-Appellant,**

v.

**UNITED STATES of America By and Through the DEPARTMENT OF THE INTERIOR, U.S. Fish and Wildlife Service, Defendant-Appellee.**

No. 83–4017
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 19, 1983.

Rehearing Denied Oct. 3, 1983.

Merkel & Cocke, Charles M. Merkel, Clarksdale, Miss., for plaintiff-appellant.

Glen H. Davidson, U.S. Atty., Thomas W. Dawson, Asst. U.S. Atty., Oxford, Miss., for defendant-appellee.

Before GEE, POLITZ and JOHNSON, Circuit Judges.

PER CURIAM:

For the reasons stated in the opinion of the trial court, 550 F.Supp. 572, which we adopt as our own, the judgment appealed from is

AFFIRMED.